IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORMAN THOMPSON, JR., a minor by his p/n/g, ANGELA HARRIS** | : | **CIVIL ACTION** |
| | : | |
| vs. | : | |
| | : | **NO. 07-4512** |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of Social Security** | : | |

**O R D E R**

     **AND NOW**, this 20th day of October, 2008, upon consideration of plaintiff's Request for Review and the record in this case, the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated June 30, 2008, Plaintiff's Objections to the Report and Recommendation, and the Amended Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated September 18, 2008, no objections to the Amended Report and Recommendation having been filed, and good cause appearing**, IT IS ORDERED** as follows:

     1.  The Amended Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated September 18, 2008, is **APPROVED** and **ADOPTED**;

     2.  The Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated June 30, 2008, is **REJECTED**;

     3.  Plaintiff's Objections to the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated June 30, 2008, are **OVERRULED AS MOOT**;

     4.  Plaintiff's Request for Review is **GRANTED**;

     5.  The Final Decision of the Commissioner of Social Security is **REVERSED**; and,

   6. The case is **REMANDED** to the Commissioner of the Social Security Administration for the awarding and calculation of benefits in accordance with the fourth sentence of 42 U.S.C. § 405(g).

                      **BY THE COURT:**

                      **/s/ Honorable Jan E. DuBois**
                         **JAN E. DuBOIS, J.**